UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before **DONALD C. NUGENT** United States District Judge

DATE: March 18, 2025

CASE NO. 5:25 CR 70

COURT REPORTER: George Staiduhar

ARRAIGNMENT AND PLEA

UNITED STATES OF AMERICA,

-VS-

VALL ILIEV (1)
VALLMAR STUDIOS, LLC (2)
SHOTSTOP BALLISTICS, LLC (3),

APPEARANCES:  Plaintiff: Duncan Brown
Defendants (1) and (2): John Mitchell, Mira Aftim
Defendant (3): Anthony DeGirolamo
Pretrial Services: Ryan Franklin

PROCEEDINGS: Defendants arraigned and a plea of guilty is entered by Vall Iliev (1) and Vallmar Studios, LLC (2) as to Counts One, Two and Three of the Information. Waivers of Indictment executed as to Vall Iliev (1), Vallmar Studios, LLC (2), Shotstop Ballistics, LLC (3). Plea agreements executed as to Vall Iliev (1) and Vallmar Studios, LLC (2). Waivers of Indictment and Plea Agreements read in open Court. Bond set for Vall Iliev (1) in the amount of $20,000.00, unsecured with standard/special conditions as directed. Case referred to the United States Probation Department for the preparation of a Presentence Report. Sentencing scheduled for July 8, 2025 at 10:00 a.m.

s/ Steven L. Marshall
Courtroom Deputy

Length of Proceedings: 60 minutes